UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff(s),

  v.

TAMALA NOLAND,

        Defendant(s).

NO. CR02-63P

ORDER ON REQUEST TO RELEASE INFORMATION AND TESTIFY

The above-entitled Court, having received and reviewed the Memorandum of October 26, 2005 (entitled "Request to Release Information from Defendant's File and Request to Testify on Behalf of Prosecution"), filed by U.S. Probation Office Steven R. Gregoryk, and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the following documents from the U.S. Probation Office file on Defendant Noland be released to the Whatcom County Prosecuting Attorney:

1.     Application to Conduct Search (8/22/05)

2.     Results of Search (8/23/05)

IT IS FURTHER ORDERED that the U.S. Probation Officers who have been subpoenaed by the prosecution to testify in Defendant Noland's pending Whatcom County matter be permitted to appear and testify.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: October 28, 2005

Marsha J. Pechman
U.S. District Judge

**ORD ON REQUEST - 1**

**ORD ON REQUEST - 2**