**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br> **v.**<br><br>**TAMALA JEAN NOLAND,**<br><br>    **Defendant.** | **Case No.  CR02-0063 MJP**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

   THIS MATTER comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision.

   The plaintiff appears through Assistant United States Attorney, BARBARA SIEVERS.

   The defendant appears personally and represented by counsel, BRUCE ERICKSON.

   The U.S. Pretrial Services Office has filed a petition alleging violations of the terms and conditions of  supervision; the defendant has been advised of the allegation(s), her right to a hearing, and the maximum potential sanctions if found to be in violation.

   Counsel have jointly advised the court as follows:

   1) defendant intends to ADMIT that she <u>violated the conditions of supervision by committing the crime of unlawful possession of a controlled substance with intent to deliver, to wit, cocaine, for which she was convicted on November 3, 200f, in violation of the general condition of supervision which states that the defendant shall not commit another federal, state, or local crime, as alleged in the violation report dated November 21, 2005.</u>

   2) government will WITHDRAW or ask the court to dismiss <u>all other alleged violations of s upervision as set forth in petitions dated May 25, 2005 and August 23, 2005.</u>

   The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge MARSHA J. PECHMAN.

   <u>*Date of hearing:*</u>   <u>*JULY 27, 2006 – 11:00 a.m.*</u>

   IT IS ORDERED that the defendant be detained for failing to show that he/she will not flee or pose a danger to any other person  or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

   The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Pretrial Services Office.

          July 20, 2006.

        /s/ *J. Kelley Arnold*
        **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2